# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **GRACE DONALDSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:17-CV-197** |
| | ) | |
| **KIRTI PATEL CORPORATION, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby files this Notice of Voluntary Dismissal and states that this case has been settled, costs taxed as paid.

Respectfully submitted this the _____20th_____ day of _____June_____, 2017.

_____
John Allen Fulmer (ASB-1089-O42F)
*Attorney for Plaintiff*

**Of Counsel:**
**FULMER LAW FIRM, P.C.**
P.O. Box 130373
Birmingham, AL 35213
Telephone: (205) 402-2100
jaf@jafulmerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of June , 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent via electronic mail the foregoing to counsel for the defendant:

Thomas M. Eden, III
CONSTANGY, BROOKS, SMITH &
PROPHETE, LLP
3120 Frederick Rd
Suite D
Opelika, AL 36801
Tel. (205) 222-8030
teden@constangy.com


*/s/ John Allen Fulmer*
Of counsel