IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GRACE DONALDSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:17-cv-197 |
| KIRTI PATEL CORPORATION, INC., | ) ) ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL

The parties stipulate to the dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear their own costs, taxed as paid.

Dated: June 22nd, 2017.

_____  _____
Thomas M. Eden, III (ASB-5795-N64Z)  John Allen Fulmer II (ASB-1089-O42F)
*Attorney for Defendant*  *Attorney for Plaintiff*
CONSTANGY, BROOKES, SMITH  FULMER LAW FIRM, P.C.
& PROPHETE, LLP  P.O. Box 130373
3120 Frederick Rd  Birmingham, AL 35213
Suite D  Telephone: (205) 402-2100
Opelika, AL 36801  Email: jaf@jafulmerlaw.com
Telephone: (205) 222-8030
Email: teden@constangy.com

1