IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GRACE DONALDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 3:17-cv-197-CDL-GMB |
| | ) | |
| KIRTI PATEL CORPORATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **FINAL JUDGMENT**

In light of the parties' Joint Stipulation of Dismissal (Doc. 14), it is ORDERED that this action is DISMISSED with prejudice, each party to bear its own costs. The Clerk of Court is DIRECTED to close the file.

DONE this 22nd day of June, 2017.

                                                              S/Clay D. Land
                                                              UNITED STATES DISTRICT JUDGE